UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

CHRISTIANN GIBEAU,

     Plaintiff,

     v.

GARY ALLEN & RICHARD L. HODGES,
INC.,

     Defendants.

_____

C.A. NO.

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441

The Defendants, Gary Allen and Richard L. Hodges, Inc., file this Notice of Removal to the United States District Court of Massachusetts from Worcester Superior Court, Worcester County, Trial Court of the Commonwealth of Massachusetts, and state the following in support of this Notice of Removal:

1.    The Plaintiff Christiann Gibeau (the "Plaintiff") is an individual who resides in Clinton, Worcester County, Massachusetts. The plaintiff filed a civil action against Gary Allen and Richard L. Hodges, Inc. (collectively, the "Defendants") in Worcester Superior Court, Worcester County, Trial Court of the Commonwealth of Massachusetts, Civil Action No. 2085CV001178D, entitled *Christiann Gibeau v. Gary Allen & Richard L. Hodges, Inc.* On or about March 19, 2020, Gary Allen received a copy of the Summons, Complaint, and Civil Action Cover Sheet. On or about May 28, 2020, Gary Allen received a copy of the Summons, Complaint, and Civil Action Cover Sheet.

2.    This Notice of Removal is filed in the United States District Court for the District of Massachusetts within the time allowed by law for removal of civil actions. The documents

attached hereto as **Exhibit A** constitute all of the process and pleadings served upon the Defendants to date.

3.      This action is removable to this Court pursuant to 28 U.S.C. § 1441(b), because the plaintiff is domiciled in Massachusetts, Defendant Gary Allen is domiciled in Connecticut, and Defendant Richard L. Hodges, Inc.'s principal place of business in Unity, Maine. As such, diversity of citizenship exists.  The Plaintiff alleges that she sustained injuries to her head, back, elbow, and wrist.. According to her Civil Action Cover Sheet, the Plaintiff claims documented medical and physical therapy expenses of $10,142.21, and pain and suffering and emotion distress of $100,000. As such, the amount in controversy exceeds statutory minimums for federal jurisdiction.

4.      In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days of receipt of the Summons and Complaint.

5.      In accordance with 28 U.S.C. § 1446(d), a notice of the filing of this Notice of Removal and a copy of this Notice of Removal will be filed with the Clerk of Worcester Superior Court, Worcester County, Trial Court of the Commonwealth of Massachusetts.

6.      Pursuant to Local Rule 81.1(A), the Defendants shall request of the Clerk of the Worcester Superior Court, Essex County, Trial Court of the Commonwealth of Massachusetts, certified or attested copies of all records and proceedings in the state court and certified or attested to copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after filing of this Notice of Removal.

WHEREFORE, the petitioners pray that said action now pending in Worcester Superior Court, Essex County, Trial Court of the Commonwealth of Massachusetts be removed therefrom to the United States District Court for the District of Massachusetts.

Respectfully submitted,

DEFENDANTS,

GARY ALLEN AND RICHARD L.
HODGES, INC.

By Their Attorney,

/s/ *Sean F. McDonough*

Sean F. McDonough, BBO #564723
smcdonough@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:    617-439-7500
Fax:        617-342-4954

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the

registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will

be sent to those indicated as non-registered participants on June 11, 2020

 /s/ *Sean F. McDonough*

# EXHIBIT A